IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS COY TATE,

    Plaintiff,

vs.                                   CASE NO. 4:05CV455-MP/AK

PRISON HEALTH SERVICES,
et al,
    Defendants.

_____/

**O R D E R**

Plaintiff's Motion (doc. 72) is **DENIED**.  See previous Order (doc.69) which the Clerk shall attach hereto.  **NO FURTHER PAPERS SHOULD BE FILED BY PLAINTIFF UNTIL DIRECTED BY THE COURT.**

**DONE AND ORDERED** this  **10th**  day of January, 2008.

                s/ A. KORNBLUM
                ALLAN KORNBLUM
                UNITED STATES MAGISTRATE JUDGE